UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michele LaCaillade, et al.</u>

        v.                                     Civil No. 10-cv-68-JD

<u>Loignon Champ-Carr, Inc.</u>

### O R D E R

Pursuant to Fed. R. Civ. P. 5(d), initial disclosures under Rule 26(a)(1) must not be filed until they are used in the proceeding or the court orders their filing. Therefore, Document 17, Disclosure Statement by Michele LaCaillade, is herewith ordered stricken and removed from the docket.

SO ORDERED.

July 13, 2010                                          <u>*/s/  Joseph A. DiClerico, Jr.*</u>
                                                            Joseph A. DiClerico, Jr.
                                                            United States District Judge

cc:     William Thompson, Esq.
           Andrew Ranks, Esq.