UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michele Lacaillade,
Taylor Lacaillade,
and Andrew Lacaillade</u>

    v.                        Civil No. 10-cv-68-JD

<u>Loignon Champ-Carr, Inc.</u>

<u>Procedural Order</u>

This case is set for trial beginning on December 6, 2011. On November 21, 2011, the court held a final pretrial conference. Since the conference, the parties have filed seven motions, as well as numerous objections and replies. These motions are untimely.

Because this case is set for trial in one week, any objection to a pending motion must be filed on or before 12:00 p.m. on December 1, 2011. The court will not consider any objection filed after that date. In addition, the court may decline to consider any or all of the pending motions as untimely, regardless of the timeliness of an objection. <u>See</u> LR 16.2(b)(3).

SO ORDERED.

                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

November 29, 2011

cc:   Anthony M. Campo, Esquire
       Nicholas D. Cappiello, Esquire
       Michael P. Johnson, Esquire
       Andrew Ranks, Esquire
       Mark W. Shaughnessy, Esquire
       William J. Thompson, Esquire