```
                 UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF NEW HAMPSHIRE
```

Michele Lacaillade,
Taylor Lacaillade,
and Andrew Lacaillade

    v.                                        Civil No. 10-cv-68-JD

Loignon Champ-Carr, Inc.

Procedural Order

Loignon Champ-Carr, Inc. ("Loignon") moved to exclude certain photographs. The plaintiffs objected to the motion. During the final pretrial conference, the court ordered the parties to confer and, to the extent the parties were unable to agree on the admissibility of any photographs, file motions concerning their admissibility. The parties could not agree on eight photographs, and they filed their respective motions concerning the admissibility of those photographs on November 30, 2011.

The court has reviewed the motions and the eight photographs which are in dispute. The court will consider and address the

admissibility of the disputed photographs at trial in the context in which they are offered.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

December 1, 2011

cc: Anthony M. Campo, Esquire
 Nicholas D. Cappiello, Esquire
 Michael P. Johnson, Esquire
 Andrew Ranks, Esquire
 Mark W. Shaughnessy, Esquire
 William J. Thompson, Esquire