```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

Michele Lacaillade,
Taylor Lacaillade,
and Andrew Lacaillade

    v.                                    Civil No. 10-cv-68-JD

Loignon Champ-Carr, Inc.


                               Procedural Order

    The parties agreed to use the audiovisual deposition of Loignon Champ-Carr, Inc.'s ("Loignon") liability expert, Dr. L. Daniel Metz, in lieu of his trial testimony pursuant to Federal Rule of Civil Procedure 32(a)(4). The parties deposed Metz on November 16, 2011. The plaintiffs objected to numerous portions of Metz's testimony on November 23, 2011. Loignon did not respond to the plaintiffs' objections.

    Counsel shall confer regarding the plaintiffs' objections to Metz's testimony. The court expects counsel to resolve most of these objections. To the extent counsel are unable to resolve any objection, the plaintiffs shall file renewed objections, and Loignon shall file any responses it may have to those objections, on or before December 5, 2011, at 10:00 a.m.

    SO ORDERED.

                                                     _____
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

December 2, 2011

cc:  Anthony M. Campo, Esquire
     Nicholas D. Cappiello, Esquire
     Michael P. Johnson, Esquire
     Andrew Ranks, Esquire
     Mark W. Shaughnessy, Esquire
     William J. Thompson, Esquire