UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michele Lacaillade,
Taylor Lacaillade,
and Andrew Lacaillade</u>

   v.                              Civil No. 10-cv-68-JD

<u>Loignon Champ-Carr, Inc.</u>

<u>Procedural Order</u>

The plaintiffs filed an assented to motion to approve settlement (document no. 129).  In that motion, the plaintiffs represented that they are in the process of petitioning the Belknap County Probate Court to appoint a guardian ad litem for Taylor Lacaillade and Andrew Lacaillade, both of whom are under the age of 18.

Local Rule 17.1 provides in relevant part, "[i]f the minor is a New Hampshire resident, the motion shall contain the information required by New Hampshire Superior Court Rule 111." New Hampshire Superior Court Rule 111.C provides that where the settlement of a suit results in a minor receiving a payment of greater than $10,000, "the Court shall require proof in the form of a certified statement from the Court of Probate that the guardian ad litem . . . who receives money on behalf of the minor whether through settlement, judgment, decree or other order, has been appointed guardian of the estate of such minor and is

subject to the duties prescribed under RSA 463:19." Therefore, the court will await the filing of the certified statement from the Probate Court.

    SO ORDERED.

                                                   /s/ Joseph A. DiClerico, Jr.
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

March 20, 2012

cc: Anthony M. Campo, Esquire
     Nicholas D. Cappiello, Esquire
     Michael P. Johnson, Esquire
     Andrew Ranks, Esquire
     Mark W. Shaughnessy, Esquire
     William J. Thompson, Esquire