UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Taylor Lacaillade, et al.</u>

      v.                                                      Civil No. 10-cv-68-JD

<u>Loignon Champ-Carr, Inc.</u>

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:   Orders dated July 22, 2010, October 7, 2011, and November 14, 2012, by United States District Judge Joseph A. DiClerico, Jr.

                                                                               By the Court,

November 20, 2012                       /s/ *James R. Starr*

                                                                               James R. Starr, Clerk

                                                                               APPROVED AS TO FORM:

November 19, 2012                       /s/ *Joseph A. DiClerico, Jr.*

                                                                               Joseph A. DiClerico, Jr.
                                                                               United States District Judge

cc:    William J. Thompson, Esq.
         Nicholas D. Cappiello, Esq.
         Andrew Ranks, Esq.
         Anthony M. Campo, Esq.
         Mark W. Shaughnessy, Esq.
         Michael P. Johnson, Esq.